# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-7096**                                      **September Term, 2022**

2:21-cv-01617-PD

Filed On: September 20, 2022 [1965012]

Christopher Beaty, Jr. and Nichole Garcia,
as Co-administrators of the Estate of
Christopher David Beaty, Deceased and in
Their Own Right,

      Appellees

    v.

Fair Acres Geriatric Center and Delaware
County,

      Appellants

## M A N D A T E

In accordance with the judgment of August 5, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
        Daniel J. Reidy
        Deputy Clerk

Link to the judgment filed August 5, 2022