IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER BEATY, JR.** and **NICHOLE GARCIA,** as Co-Administrators of the Estate of **CHRISTOPHER DAVID BEATY, deceased,** and in their own right, Plaintiffs, v. **DELAWARE COUNTY d/b/a FAIR ACRES GERIATRIC CENTER,** Defendant. | : : : : : : : : : : : : : | Civ. No. 21-1617 |

## O R D E R

**AND NOW,** this 17th day of August, 2023, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above action is **DISMISSED** with prejudice.

AND IT IS SO ORDERED.

*/s/ Paul S. Diamond*
_____
Paul S. Diamond